IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FRANCIS GRANDINETTI, #A0185087, | ) ) ) | CIV. NO. 20-00190 DKW-WRP |
| | ) | DISMISSAL ORDER |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| WALTER J. RODBY, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Before the court is pro se prisoner Francis Grandinetti's Complaint and exhibits. Grandinetti complains about the recent and past appointments of counsel in his state criminal proceedings in *State v. Grandinetti*, CR. No. 3PC930000141 (Haw. 3d Cir. Ct.).

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g),[1] and may not proceed without prepayment of the filing fee unless his pleadings show that he was in imminent danger of serious physical injury at the time that he brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). The record does not support a finding that Grandinetti is or was in imminent danger of

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id.* at 1056.  Rather, the record shows that Defendant Walter J. Rodby, Esq., was recently appointed to represent Grandinetti in his reopened 1993 criminal case, which is now on direct appeal.  If Grandinetti opposes this appointment of counsel, he must do so in the Circuit Court for the Third Circuit, State of Hawaii.

Grandinetti's informal request to proceed in forma pauperis, *see* Compl., ECF No. 1 at 27, is DENIED and this action is DISMISSED without prejudice.  This decision does not prevent Grandinetti from raising his claims in a new action with concurrent payment of the civil filing fee.  The Clerk is DIRECTED to terminate this case.  The Court will take no action on documents filed herein beyond processing a notice of appeal.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, April 30, 2020.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

*Grandinetti v. Rodby, et al.*, No. 1:20-cv-00190 DKW-WRP; 3 Stks 20 dkw (dny IFP dsm); J:\PSA Draft Ords\DKW\Grandinetti 20-190  (dsm dny IFP).wpd